# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1465
(Cancellation No. 92025859)

EMPRESA CUBANA DEL TABACO,
(doing business as Cubatabaco)

Appellant,

v.

GENERAL CIGAR CO., INC.,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

Authorized Abbreviated Caption[2]

EMPRESA CUBANA DEL TABACO V GENERAL CIGAR CO., INC., 2013-1465

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.