**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se     _____As counsel for:   _____
                                       Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant

_____Appellant    _____Appellee     _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant     _____Respondent or appellee

My address and telephone are:

Name:              _____
Law firm:          _____
Address:           _____
City, State and ZIP: _____
Telephone:         _____
Fax #:             _____
E-mail address:    _____

Statement to be completed by counsel only (select one):

_____  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes     _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

  07/08/13_____                        /David Goldstein/_____
     Date                               Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of Appellant's Entry of Appearance and Certificate of Interest in No. 13-1465 were served on Appellee by the Court's electronic service, and by mailing via U.S. first-class mail, postage prepaid, said copies on July 8, 2013, to:

>Andrew L. Deutsch
>DLA PIPER LLP US
>1251 Avenue of the Americas
>New York, NY  10020
>*Attorney for Appellee.*

　　　　　　　　　　　　　　　　　　　　/David B. Goldstein/
　　　　　　　　　　　　　　　　　　　David B. Goldstein